**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **INDIAN HARBOR INSURANCE COMPANY, SUCCESSOR-IN-INTEREST TO CATLIN SPECIALTY INSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **C.A. NO. 4:23-cv-04088** |
| **FCCI INSURANCE COMPANY and NAVIGATORS SPECIALTY INSURANCE COMPANY,** | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff, Indian Harbor Insurance Company, hereby dismisses without prejudice the above-captioned lawsuit and all causes of action therein.

Defendant, FCCI Insurance Company, stipulates to this dismissal as indicated by the signature of its counsel-of-record below.

Defendant, Navigators Specialty Insurance Company, stipulates to this dismissal as indicated by the signature of its counsel-of-record below.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

By: /s/ W. Chris Surber_________
W. Chris Surber
Texas Bar No. 24064052
Southern Dist. Fed. ID: 1007934
Attorney in Charge
Ling E. Dai
Texas Bar No. 24074104
Southern Dist. Fed. ID: 1733805
GAUNTT KOEN BINNEY & KIDD LLP
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone: 281-367-6555
Facsimile: 281-367-3705
Email: chris.surber@gkbklaw.com
Email: ling.dai@gkbklaw.com
Attorneys for Plaintiff

By: /s/ Beth D. Bradley _/w/ permission___
Beth D. Bradley
Texas Bar No. 06243900
TOLLEFSON BRADLEY MITCHELL & MELENDI LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
Email: bethb@tbmmlaw.com
ATTORNEY FOR DEFENDANT,
FCCI INSURANCE COMPANY

By: /s/ Marcie L. Schout _/w/ permission ___
Texas Bar No. 24027960
S.D. Tex. Bar No. 34593
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: 214-871-2100
Facsimile: 214-871-2111
Email: mschout@qslwm.com
ATTORNEYS FOR DEFENDANT,
NAVIGATORS SPECIALTY INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

This pleading was served in compliance with Rule 5 Federal Rules of Civil Procedure on December ___, 2023, via facsimile, first class regular mail, certified mail, return receipt requested, and/or electronically:

Beth D. Bradley
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
Email: bethb@tbmmlaw.com
ATTORNEY FOR DEFENDANT,
FCCI INSURANCE COMPANY

Marcie L. Schout
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: 214-871-2100
Facsimile: 214-871-2111
Email: mschout@qslwm.com
ATTORNEYS FOR DEFENDANT,
NAVIGATORS SPECIALTY INSURANCE COMPANY