United States District Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, § § § § Plaintiff, § § VS. § FCCI INSURANCE COMPANY, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:23-CV-04088 |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Without Prejudice, filed on December 14, 2023. Doc. #13. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this case is DISMISSED without prejudice.

It is so ORDERED.

DEC 1 5 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge